UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM FRINTZILAS and
ANGELO POZZUTO,

               Plaintiffs,

v.

DIRECTV, LLC and
MASTEC NORTH AMERICA, INC.,
*erroneously named as MASTEC, INC.*

           Defendants.

**NOTICE OF MOTION**

Case No.:  7:17-cv-2368-VB

---

**MOTION MADE BY:**

**DATE, TIME AND PLACE OF HEARING:**

**SUPPORTING PAPERS:**

**RELIEF DEMANDED:**

**REPLY PAPERS:**

**ORAL ARGUMENT IS REQUESTED**

Defendant MasTec North America, Inc. by and through its attorneys, Goldberg Segalla LLP

To be determined by Order of the Court

Declaration of Daniel B. Moar, executed June 23, 2017; and Memorandum of Law.

a)  Dismissal of Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

b)  For such other and further relief the Court may deem just and proper.

Defendants intend to submit reply papers.

Dated: Buffalo, New York
      June 23, 2017

GOLDBERG SEGALLA LLP

Christopher J. Belter, Esq.
Daniel B. Moar, Esq.
Oliver E. Twaddell
*Attorneys for Defendant*
*MasTec North America, Inc.,*

6939584.1

*erroneously named as MasTec, Inc.*

665 Main Street, Suite 200
Buffalo, New York 14203
Phone: 716.566.5400
Fax: 716.566.5401
cbelter@goldbergsegalla.com
dmoar@goldbergsegalla.com

711 3rd Avenue, Suite 1900
New York, New York 10017-4013
Phone: 646.292.8751
Fax: 646.292.8701
otwaddell@goldbergsegalla.com