UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM FRINTZILAS and ANGELO POZZUTO,
Individually and On Behalf of All Others Similarly
Situated,

                      Plaintiffs,

-against-

DIRECTV, LLC and MAS TEC, INC.,

                      Defendants.

Civil Action No.:
17-cv-2368(KBF)

---

## STIPULATION OF VOLUNTARY DISMISSAL OF SECOND COUNT OF COMPLAINT PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

WHEREAS, Plaintiffs, WILLIAM FRINTZILAS and ANGELO POZZUTO, Individually and On Behalf of All Others Similarly Situated, have duly appealed to the United States Court of Appeals for the Second Circuit, from each and every part of the District Court's Decision and Order [Doc.23] entered on November 27, 2017 by the Hon. Katherine B. Forrest, which dismissed the FIRST COUNT of the Complaint on the ground that Plaintiffs lack standing under §349 of the New York General Business Law ("GBL") and further, pursuant to FRCP Rule 12(b)(6), that the pleading fails to state a claim under GBL §349; and

WHEREAS, pursuant to the Decision and Order, the individual claims for trespass, set forth in the SECOND COUNT of the Complaint, remain intact, and

WHEREAS, for as long as COUNT TWO of the Complaint remains viable, the Order appealed from is not final and appealable pursuant to 28 U.S.C. § 1291.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, WILLIAM FRINTZILAS and ANGELO POZZUTO, hereby voluntarily dismiss COUNT TWO of the Complaint, with prejudice, against all named Defendants, and it is

FURTHER STIPULATED AND AGREED, that Defendants shall accept and treat the Notice of Appeal filed on December 5, 2017 [Doc.24] as having been properly filed from a final and appealable Order, pursuant to 28 U.S.C. § 1291.

Dated: December 11, 2017

| BLAU LEONARD LAW GROUP, LLC | GOLDBERG SEGALLA, LLP |
|---|---|
| By: *[signature]* | By: Dan Moar / HG - by permission |
| 23 Green Street, Suite 303<br>Huntington, NY 11743<br>631-458-1010<br>sblau@blauleonardlaw.com | 665 Main Street, Suite 400<br>Buffalo, NY 14203<br>(716)-844-3416<br>dmoar@goldbergsegalla.com |
| *Attorneys for Plaintiff* | *Attorneys for MAS TEC* |
| | By: *[signature]* |
| | MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 701-8792<br>hgermann@mayerbrown.com |
| | *Attorneys for DIRECTV* |

*Ordered*
The Clerk of Court shall terminate this action.

KBF
USDJ
12/13/17